FAGEN FRIEDMAN & FULFROST, LLP
Roy A. Combs, SBN 123507
rcombs@f3law.com
Jeff Harrison, SBN 151227
jharrison@f3law.com
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211
Attorneys for Defendant JOSHUA DANIELS

Dan Siegel, SBN 056400
EmilyRose Johns, SBN 294319
SIEGAL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, CA 94612
Phone: 510-839-1200
Fax: 510-444-6698
Emails: danmsiegel@gmail.com
emilyrose@siegelyee.com
Attorneys for PLAINTIFFS

WALTER RILEY, SBN 95919
1407 Webster Street, Suite 206
Oakland, CA 94612
Phone: 510-451-1422
Fax: 510-410-6481
Email: walterriley@rrrandw.com
Attorneys for PLAINTIFFS

Han N. Tran, SBN 184420
Montana B. Baker, SBN 319491
BARBARA J. PARKER, Oakland City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Phone: 510-238-2964
Fax: 510-238-6500
Email: htran@oaklandcityattorney.org
mbaker@oaklandcityattorney.org
Attorneys for Defendants CITY OF OAKLAND,
BRIAN HERNANDEZ,
ERIN MAUSZ, SPENCER MIKELL,
AND KRISTIAN RAZMILOVIC

1

JOINT STIPULATION TO VACATE SEPTEMBER 19, 2024, SETTLEMENT CONFERENCE AND ORDER (AS MODIFIED)

Daniel A. Horowitz, SBN 92400
Attorney at Law
3650 Mt. Diablo Boulevard, Suite 225
Lafayette, CA 94549-1547
Phone: (925) 283-1863; Fax: (925) 299-6765
Email: horowitz57@gmail.com
Attorneys for Defendant OVERALL &ASSOCIATES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMINO OROZCO; REBECCA RUIZ-LICHTER; ROBERT DAVES, JR.; MAUREEN BOYD; HILLARY CHEN; SCARLETT KELLY; and JUNE NELSON,<br><br>Plaintiffs,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT; JOSHUA DANIELS; CITY OF OAKLAND; OVERALL AND ASSOCIATES SECURITY, INC; DOES 1 through 50,<br><br>Defendants. | CASE NO. 3:23-cv-03120-RFL<br><br>**JOINT STIPULATION TO VACATE AND CONTINUE THE SEPTEMBER 19, 2024, SETTLEMENT CONFERENCE AND ORDER (AS MODIFIED)**<br><br>Judge:          Hon. Rita F. Lin<br>Action Filed:  June 23, 2023<br><br>Trial Date:    None Set |

**TO THE COURT**, Plaintiffs, Maximino Orozco, Rebecca Ruiz-Lichter, Robert Daves, Jr., Maureen Boyd, Hillary Chen, Scarlett Kelly and June Nelson, and Defendants, Joshua Daniels, City of Oakland, Brian Hernandez, Erin Mausz, Spencer Mikell, and Kristian Razmilovic, and Overall and Associates Security, together referred to as "Parties" herein, by and through their undersigned attorneys of record, hereby jointly stipulate and agree as follows:

**WHEREAS**, the initial complaint in this action was filed on June 23, 2023;

**WHEREAS**, on April 4, 2024, a First Amended Complaint was filed following an order granting in part and denying in part a 12(b)(6) motion in this matter;

**WHEREAS**, on June 28, 2024, a Second Amended Complaint (SAC) was filed, and on July 12, 2024, Defendant Daniels filed a 12(b)(6) motion against two claims in the SAC;

**WHEREAS**, the SAC also names four new individual defendants, and answers were just recently filed by three, but no response by way of answer or other response has been made by one of the newly named defendants;

**WHEREAS**, on September 3, 2024, this Court granted a 12(b)(6) motion of Daniels dismissing two claims in the SAC;

**WHEREAS,** a judicial settlement conference is set in this matter for September 19, 2024, with Settlement Conference statements due on September 12, 2024 before the Honorable Donna M. Ryu;

**WHEREAS,** as of September 6, 2024, the pleadings are not settled in that one defendant named in the Second Amended Complaint (SAC) has not appeared by way of answer or other response;

**WHEREAS**, the Parties agree that the participation of all named parties is important to effective settlement discussions, and the Parties further agree that there will be no prejudice to the Parties should the Settlement Conference date be vacated, continued to another date after the pleadings are settled;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties to this Stipulation, by and through their respective undersigned attorneys of record, that:

1. The Court continue the September 19, 2024, Settlement Conference to a later date, to be set following a scheduling conference with Judge Ryu.

2. This Stipulation may be signed by facsimile or electronically and in counterparts, which, when taken together, will constitute a single document, and a copy of the same may be used as if an original.

**IT IS SO STIPULATED.**

DATED: September 9, 2024     FAGEN FRIEDMAN & FULFROST, LLP

By: _____[signature]_____
Roy A. Combs
Attorneys for Defendant Joshua Daniels

DATED: September 9, 2024     SIEGAL, YEE, BRUNNER & MEHTA

By:        /s/ EmilyRose Johns
EmilyRose Johns
Attorneys for Plaintiffs

DATED: September 9, 2024     LAW OFFICE OF WALTER RILEY

By:        /s/ Walter Riley
Walter Riley
Attorneys for Plaintiffs

DATED: September 9, 2024     OAKLAND CITY ATTORNEY

By:        /s/ Han Tran
Han N. Tran
Attorneys for Defendants City of Oakland, Brian Hernandez, Erin Mausz, Spencer Mikell, Kristian Razmilovic

DATED: September 9, 2024     DANIEL A. HOROWITZ

By:        /s/ Daniel Horowitz
Daniel A. Horowitz
Attorneys for Defendants Overall and Associates

## ORDER (AS MODIFIED)

The Court, having read and considered the Joint Stipulation herein, and for good cause shown, HEREBY ORDERS as follows:

1. The Stipulation is **GRANTED**; and

2. The Settlement Conference in-person set for September 19, 2024 at 1:00 p.m. before Chief Magistrate Judge Donna M. Ryu is VACATED.

3. Chief Magistrate Judge Donna M. Ryu will convene a settlement planning call to discuss timing and preparation for a settlement conference on November 15, 2024 at 9:30 a.m. in Oakland, Telephonic only. Judge Ryu anticipates that the phone call will last approximately 20-30 minutes. Lead Counsel for all parties shall participate. Counsel will receive the call-in information via e-mail from Judge Ryu's courtroom deputy.

**IT IS SO ORDERED AS MODIFIED.**

Dated: September 10, 2024



_____
DONNA M. RYU
Chief Magistrate Judge