WALTER RILEY, SBN 95919
1407 Webster Street, Suite 206
Oakland, CA 94612
Telephone: (510) 451-1422
Cellphone: (510) 410-6481
Email: walterriley@rrrandw.com

EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: emilyrose@siegelyee.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAXIMINO OROZCO; REBECCA RUIZ-LICTHER; ROBERT DAVES, JR.; MAUREEN BOYD; HILLARY CHEN; SCARLETT KELLY; and JUNE NELSON,<br><br>Plaintiffs,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT; JOSHUA DANIELS; CITY OF OAKLAND; OVERALL AND ASSOCIATES SECURITY, INC; and DOES 6 through 50,<br><br>Defendants. | Case No. 3:23-cv-03120-RFL<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL**<br><br>Case Filed:   June 23, 2023<br>Trial Date:    Vacated<br>Judge:         Hon. Rita F. Lin |

Plaintiffs hereby request under Federal Rule of Civil Procedure 41(a)(2) that this action shall be dismissed with prejudice as to all claims and causes of action brought against all Defendants. The Parties reached a settlement, the terms of settlement have been met, and the parties will each bear their own attorneys' fees and costs.

Dated: December 17, 2025        SIEGEL, YEE, BRUNNER & MEHTA

By: _____
    EmilyRose Johns

*Attorneys for Plaintiffs*

# [~~PROPOSED~~] ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims and causes of action against all Defendants, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December **18**, 2025

_____
DISTRICT JUDGE RITA F. LIN